UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **WAYNE A. TALLEY** | **07-10170** |
| **KIM M. TALLEY** | **SECTION A** |
| DEBTOR | |
| | CHAPTER 13 |

## REASONS FOR ORDER

On June 21, 2007, the Court held a hearing on the confirmation of the debtors' plan with an objection by Wachovia Equity Servicing, LLC. After the conclusion of the hearing, the Court took the matter under advisement (pl. 46).

Based on the Short Memorandum on Feasibility of the Plan (pl. 51) filed by the debtors on June 29, 2007, and on the representations made by the debtors at the June 21, 2007, hearing, the Court makes the following findings. The debtors' Short Memorandum on Feasibility of the Plan (pl. 51) discloses that their first mortgage payment was $466.00 on the petition date. The debtors represented at the June 21, 2007, hearing that their first mortgage payment has since doubled. In addition to their first mortgage payment, the debtors disclosed that they pay between $300.00 and $500.00 in rent each month. Therefore, the debtors' proposed plan is unfeasible, and confirmation of the plan is denied. The Court will enter in Order in accordance with this ruling.

New Orleans, Louisiana, July 3, 2007.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge